NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

THOMAS FORREST BOLTON, *Petitioner*.

No. 1 CA-CR 22-0560 PRPC
FILED 5-16-2023

Petition for Review from the Superior Court in Yavapai County
No. P1300CR201300942
The Honorable Debra R. Phelan, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Yavapai County Attorney's Office, Prescott
By George D. Rodriguez
*Counsel for Respondent*

Thomas Forrest Bolton, Kingman
*Petitioner*

**MEMORANDUM DECISION**

Vice Chief Judge David B. Gass, Judge Brian Y. Furuya, and Judge Andrew
M. Jacobs delivered the decision of the court.

**PER CURIAM**:

**¶1**     Petitioner Thomas Forrest Bolton seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's second petition.

**¶2**     Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**     We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, the response, and the reply. We find that petitioner has not established an abuse of discretion.

**¶4**     We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA